## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rewel F. Viera-Martinez, employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

## AGENT BACKGROUND

1. I have been employed as a Special Agent of the Bureau of ATF with the United States Department of Justice since September 2023. I am a graduate of the Federal Law Enforcement Training Center's criminal investigator training program as well as the ATF National Academy, where I received more than 1080 hours of training, including but not limited to firearms ID and handling, executing warrants, defensive tactics, interview techniques, surveillance techniques, undercover operations, investigation techniques, and others.

2. Prior to my employment with ATF, I served as a U.S. Border Patrol Agent under the United States Customs and Border Protection for a period of two years in Eagle Pass, Texas. My responsibilities included enforcing immigration law by patrolling between ports of entry, conducting immigration inspections, responding to sensor activations, interdicting narcotics and human trafficking, and processing non-citizens, among other duties. I also received medical training and was a certified Emergency Medical Technician (EMT) for the U.S. Border Patrol.

3. Through training, investigations, and experience, I have participated in cases relating to the trafficking of firearms, the illegal possession of firearms, and the use of firearms in violent crimes by individuals and drug trafficking organizations.

4. Your affiant is an "an investigative or law enforcement officer of the United States" within the meaning of Title 18 *United States Code* of Section 2510 (7). Your affiant is, therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, *United States Code* Section 2516.

1

5. The information set forth herein is based on my personal knowledge, information obtained through interviews, information provided to me by other law enforcement officers, and other various forms of information. This affidavit is submitted for the limited purpose of establishing probable cause that SEBASTIAN ENRIQUE RODRÍGUEZ-LÓPEZ ("RODRÍGUEZ-LÓPEZ") violated 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) – Possession with intent to distribute detectable amounts of cocaine, 21 U.S.C. §§ 841(a)(1) & (b)(1)(D) – Possession with intent to distribute detectable amounts of marihuana, and 18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime. Therefore, I have not included all the facts of this investigation.

## FACTS THAT ESTABLISH PROBABLE CAUSE

6. On March 13, 2025, agents from the Puerto Rico Police Bureau (PRPB) assigned to the San Juan Intelligence Unit executed a state-issued search warrant on an apartment located at San Miguel Street in the La Perla Ward. The apartment in question was found in the basement of a four-story apartment building.

7. At approximately 5:30 am, PRPB Agents assigned to the Special Arrest unit announced their presence and made a forced entry to the apartment. The agents located three individuals inside the apartment. These individuals included a male who was sleeping in the living room and was later identified as Sebastian Enrique RODRÍGUEZ-LÓPEZ, a female who was his spouse, and two children.

8. RODRÍGUEZ-LÓPEZ was initially taken into custody due to an outstanding arrest warrant. Miranda warnings were read to RODRÍGUEZ-LÓPEZ upon his arrest.

9. RODRÍGUEZ-LÓPEZ then began making spontaneous statements, including that "there are drugs in the residence, a firearm, and it is all mine". PRPB agents presented him with the search

warrant and explained its purpose. A PRPB Agent assigned to the Technical Services unit took photos of the apartment before the agent began the execution of the search warrant. A K-9 trained in firearms detection conducted a sweep inside the apartment, and the result was positive. A K-9 trained in drug detection conducted a sweep inside the apartment, and the result was positive.

10. Upon completion of the search warrant, the following evidence was found and seized:

**Kitchen area:**
- One (1) Glock 19, Model C, 9mm caliber pistol, bearing SN: AHVF-529 with a round in the chamber and a fifteen-capacity magazine loaded with fourteen (14) rounds of 9mm ammunition.
- One (1) twenty-four round capacity extended magazine and loaded with twenty-two (22) rounds of 9mm ammunition.
- One clear Fisherman assorting box
- Approximately sixteen (16) small plastic baggies containing a green leafy substance that tested positive to marijuana.
- Approximately two (2) green plastic containers with a green leafy substance that tested positive for marijuana.
- Approximately seventy (70) small clear plastic baggies containing a white powdery substance that tested positive for cocaine.
- Approximately seven (7) aluminum foil decks containing a powdery substance that tested positive for fentanyl.
- Approximately sixty-five (65) pharmaceutical pills.
- Approximately four (4) electronic devices.

**Main Bedroom:**

- Approximately thirty-five (35) rounds of 9mm ammunition.
- Approximately one hundred and seventy-five (175) small clear plastic baggies containing a white powdery substance that tested positive for cocaine.
- Approximately thirty-one (31) pharmaceutical pills of different shapes.

**Kids Bedroom:**

- Approximately thirty (30) aluminum foil decks containing a powdery substance that tested positive for fentanyl.
- Drug paraphernalia.





11.     A total of approximately one thousand two hundred and thirty-five dollars ($1,235) were seized from different locations of the residence.

12. After RODRÍGUEZ-LÓPEZ arrest, the PRPB requested the assistance of ATF in the investigation. On the same day March 13, 2025, ATF personnel arrived at the PRPB headquarters to assist with the investigation.

13. RODRÍGUEZ-LÓPEZ was informed of his Miranda rights and voluntarily waived them. RODRÍGUEZ-LÓPEZ provided a brief and general summary of the events. He confirmed that he is the owner of the pistol. He also acknowledged the presence of drugs in the residence, claiming ownership of all of them. He admitted that the drugs in his possession were "perico" (slang for cocaine), "Pasto" (slang for marijuana), "pastillas" (pills), and "droga" (referring to heroin mixed

4

with fentanyl).

14. Based on your affiant's training and experience and knowledge of the ATF investigation, the quantity of suspected cocaine and marijuana seized is a distribution quantity for sale.

15. During the morning of March 13, 2025, the PRPB Agent conducted field tests on the above referenced suspected narcotic. The field tests yielded positive results for the properties of cocaine, marihuana, and fentanyl.

16. Based on the above facts, the undersigned affiant finds probable cause to believe that SEBASTIAN ENRIQUE RODRÍGUEZ-LÓPEZ ("RODRÍGUEZ-LÓPEZ") violated 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) – Possession with intent to distribute detectable amounts of cocaine, 21 U.S.C. §§ 841(a)(1) & (b)(1)(D) – Possession with intent to distribute detectable amounts of marihuana, and 18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

17. I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Rewel F. Viera Martínez
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn by telephone pursuant to the requirements of Fed. R. Crim. P. 4.1    at 11:10   a.m. on March 14, 2025.

HON. MARCOS E. LÓPEZ
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO

5